**Alan B. ADAMS, Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

**2016-2296**

United States Court of Appeals, Federal Circuit.

August 21, 2017

RAYMOND JEWELL TONEY, Law Office of Raymond J. Toney, Emeryville, CA, argued for plaintiff-appellant. Also represented by BRIAN D. SCHENK, Midwest Military & Veterans Law, PLLC, Minneapolis, MN.

ERIC LAUFGRABEN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by DOUGLAS K. MICKLE, ROBERT E. KIRSCHMAN, JR., JOYCE R. BRANDA; PATRICK J. HUGHES, Air Force Legal Operations Agency, United States Department of the Air Force, Joint Base Andrews, MD.

(Newman, O'Malley, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**